**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Liza D. Sanchez,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Commissioner of Social Security,<br><br>　　　　Defendant. | CV 05-2587 PHX NVW<br><br>**ORDER** |

By order of October 18, 2005, the court directed plaintiff to supplement her Motion to Proceed in Forma Pauperis with information concerning her spouse's income. Plaintiff's attorney has submitted directly to chambers a letter transmitting plaintiff's spouse's W-2, which shows that plaintiff's spouse has a substantial income. Therefore, plaintiff is not qualified for in forma pauperis treatment. Because it is not apparent whether plaintiff's attorney has filed with the Clerk of the Court the matter submitted directly to chambers, plaintiff's counsel's letter and plaintiff's husband's W-2 form enclosed therewith are attached to this order for filing.

IT IS THEREFORE ORDERED that plaintiff's Motion to Proceed in Forma Pauperis (doc. #2) is denied.

1 | IT IS FURTHER ORDERED that plaintiff shall pay the filing fee by November 18, 2005. If the filing fee is not paid by that date, the clerk shall dismiss this action without prejudice without further order of the court for failure to pay the filing fee.

Dated this 3rd day of November 2005.

/s/ Neil V. Wake
Neil V. Wake
United States District Judge

- 2 -